AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

In Re: DMCA Subpoena to Etsy, Inc.

*Plaintiff*

v.                                    ) Civil Action No. MISC 22-2084
                                      )
                                      )
*Defendant*                           )

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ JUL 05 2022 ★ BROOKLYN OFFICE

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Custodian of Records, Etsy, Inc.     117 Adams Street, Brooklyn New York

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Information sufficient to identify the alleged infringers listed in Exhibit B to the Declaration of Dmitry Lapin, Esq., namely the infringer's full name(s), mailing addresses(s), phone number(s)m email addresses(s), and account status.

| Place: Dmitry Lapin, Esq. Axenfeld Law Group, LLC dmitry@axenfeldlaw.com | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: JUL 13 2022

**BRENNA B. MAHONEY**
*CLERK OF COURT*

_____          OR          _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* __Jon Q. Wright__, who issues or requests this subpoena, are:

Dmitry Lapin, Esq. Axenfeld Law Group LLC 2001 Market Street Ste 2500 Philadelphia PA 19103; dmitry@axenfeldlaw.com; 917-979-4570

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).