**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 0 5 2022 ★

BROOKLYN OFFICE

MISC 22 -2084

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
|  | : |
|  | : |
|  | : |
|  | : **DECLARATION OF** |
|  | : **DMITRY LAPIN, ESQ.** |
| In Re: DMCA Subpoena to Etsy, Inc. | : |
|  | : |
|  | : |
|  | : |
|  | : |
|  | : |

I, Dmitry Lapin, Esq. declare, under penalty of perjury, as follows:

1.  I am over the age of 18 and am competent to testify to the matters contained here. I have personal knowledge of the matters contained in this Declaration.

2.  I am an attorney with the law firm of Axenfeld Law Group, LLC. I represent Jon Q. Wright ("Wright"), who owns the copyrights to numerous artwork, including, but not limited to the following:

a.  Legends Series Artwork: Bass (VA-153-615)

b.  Airborne Bass (VA-1-957-011)

c.  Action Series: Bass Spinner (Vau-348-036)

d.  JQ Fish Art (VAu-1-021-822)

e.  Walleye Spinner Rig (VA 2-151-863)

f.  2000 Unpublished Apparel Series (VAu-486-561)

g.  Sunray Bluegill (VA 2-087-516)

h.  Crappie and Root (VA 2-303-553)

i.  Smallmouth Bass and Topwater Bair (VA 2-160-537)

j.  Bass Spinner and Log (VA 2-302-584)

k.  Northern & Bucktail (VAu-214-078)

l.  Crappie Dock Painting (VA-1-957-012)

3.      The Etsy Website is owned and operated by Etsy, Inc. ("Etsy") and functions as an online marketplace whereby users can post a variety of items for sale to consumers.

4.      Wright discovered a large number of individuals/entities using www.etsy.com (the "Etsy Website") to sell, offer for sale, or otherwise display Wright's copyrighted works without his consent.

5.      Attached as **Exhibit A** to this Declaration are true and correct copies of the takedown notifications sent to Etsy, pursuant to 17 U.S.C. § 512(c)(3).

6.      Wright seeks to subpoena Etsy for documents containing identifying information relating to the identity of the individuals/entities that posted the unlawful material on the Etsy Website.

7.      Attached as **Exhibit B** to this Declaration is an itemized list of all Listing IDs and Storefronts reported to Etsy; Wright requests the identities of the individuals/entities that sold, offered for sale, or otherwise displayed Wright's copyrighted works by and through these Listing IDs and Storefronts.

8.      The sole objective of the issuance of a subpoena on Shopify is to obtain the identity of the alleged infringers, and such information will only be used for the purpose of protecting Wright's rights under 17 U.S.C. § 101, et seq.


Dated: June 29, 2022

                                            /s/ Dmitry Lapin
                                            Dmitry Lapin

EXHIBIT A

From: **Etsy Legal** legal@etsy.com
Subject: We've processed your notice of alleged copyright infringement
Date: April 4, 2022 at 7:50 PM
To: dmitry@emilyesquire.com

# Etsy

# Dear Dmitry Lapin,

Thank you for submitting a report of alleged copyright infringement on April 4, 2022. In accordance with our Intellectual Property Policy, we removed the reported content based on the information you provided and contacted the affected members.

If you submitted a report of copyright infringement, the sellers you reported have the option to file a DMCA counter notice. Please read our DMCA counter notice policy. If a counter notice is filed, you may want to try working this out with the other party directly or speak with an attorney about this. When we receive a counter notice that contains all of the information required under the Digital Millennium Copyright Act and complies with our policies, Etsy must process it in accordance with our Intellectual Property Policy.

Since Etsy is a venue, we're not in a position to make legal determinations on infringement allegations or take sides in these matters.

Thank you,
Etsy Legal

Below is a copy of the removed content for your records.

# Infringing Material Reported

https://www.etsy.com/listing/1179975974/20oz-skinny-tumbler-

sublimation-design
https://www.etsy.com/listing/1137199334/20-oz-skinny-tumbler-wrap-fishing
https://www.etsy.com/listing/1197474921/20oz-skinny-tumbler-sublimation-design
https://www.etsy.com/listing/1184261520/20oz-skinny-tumbler-sublimation-design
https://www.etsy.com/listing/1162650610/fishing-i-got-a-fever-and-the-only
https://www.etsy.com/listing/1201775255/20oz-skinny-tumbler-sublimation-design
https://www.etsy.com/listing/1202405651/20oz-skinny-tumbler-sublimation-design
https://www.etsy.com/listing/1013373952/id-rather-be-fishing-tumblersublimated
https://www.etsy.com/listing/1058874471/fishing-knowledge-split-fish-file-for
https://www.etsy.com/listing/1198788007/20oz-skinny-tumbler-sublimation-design
https://www.etsy.com/listing/1188266897/20oz-skinny-tumbler-sublimation-design
https://www.etsy.com/listing/1171229828/20oz-skinny-tumbler-sublimation-design

This is a confidential matter, and Etsy requests that you not discuss this issue in the Etsy Forums or otherwise violate the confidential nature of this email. This communication is not legal advice or legal representation. For legal help, please consult an attorney.

If you live in North America or South America, this email is sent by Etsy, Inc., 117 Adams Street, Brooklyn, NY 11201, USA. If you live elsewhere, this email is sent by Etsy Ireland UC, a subsidiary of Etsy, Inc., 66/67 Great Strand Street, Dublin 1, D01 RW84, Ireland having company registration number 495696 and VAT registration number IE9777587C. You are receiving this email because you

 Gmail

Dmitry Lapin <dmitry@emilyesquire.com>

## We've received your copyright infringement report

1 message

**Etsy Legal** <legal@etsy.com>        Wed, Apr 27, 2022 at 2:15 PM
Reply-To: Etsy Legal <legal@etsy.com>
To: dmitry@emilyesquire.com

## Etsy

### Dear Dmitry Lapin,

Thanks for submitting a report of alleged copyright infringement. We'll review your report and act in accordance with our Intellectual Property Policy.

Thank you,
Etsy Legal

Below is a copy of the report for your records.

## Infringement Report

*Filed on April 27, 2022*

### Legends Series: Bass copyright

| | |
|---|---|
| Copyright registration number: | VA-1-153-915 |
| Copyright jurisdiction: | United States |
| Authorized examples of the work: | Work is not available online. "Legends Series Artwork: Bass" depicts a bass jumping from the water, including a detailed design of water. The |

copyright registration deposit materials are available by contacting
dmitry@emilyesquire.com.

## Infringing material reported

1033034521

816948874

1206546612

1160066560

992819743

1147416432

1120480903

1219190873

1193925417

1179923260

1064524227

1028308261

1196943977

715775274

1114348271

962002739

730093137

1156960538

1170228683

911370231

1131623985

1199904204

1113006324

1051124627

1171512256

1207429337

1058720353

1108136994

1161775466

848137755

1168904692

1124355795

1026547806

1053165723

1031854777

785139936

1162265405

1175560757

1087506745

1115029585

1167943135

841883405

1180838521

1116235834

1110533361

1011617393

1097338287

1051529167

---

**By submitting this notice, you agreed to the following statements and provided your signature:**

I have a good faith belief that the material is not authorized by the intellectual property owner, its agent, or the law.

The information provided in the notice is accurate, and I swear under penalty of perjury that I am authorized to make the complaint on behalf of the intellectual property owner.

**Etsy may provide a copy of this notice to the affected member(s).**

# Contact Info

| | |
|---|---|
| **Name:** | Dmitry Lapin |
| **Company:** | Danchuk Law LLC |
| **Job title:** | Attorney |
| **Country:** | United States |
| **Address:** | 2 Victoria Lane |
| **City:** | Falmouth |
| **State:** | Maine |
| **Postal code:** | 04105 |

**Email:**    dmitry@emilyesquire.com

**Phone number:**    2074640099

This is a confidential matter, and Etsy requests that you not discuss this issue in the Etsy Forums or otherwise violate the confidential nature of this email. This communication is not legal advice or legal representation. For legal help, please consult an attorney.

If you live in North America or South America, this email is sent by Etsy, Inc., 117 Adams Street, Brooklyn, NY 11201, USA; if you live elsewhere, this email is sent by Etsy Ireland UC, a subsidiary of Etsy, Inc., 66/67 Great Strand Street, Dublin 1, D01 RW84, Ireland having company registration number 495696 and VAT registration number IE9777587C. You are receiving this email because you registered on Etsy.com with this email address.

Copyright © 2022 Etsy, Inc, an affiliate of Etsy Ireland UC. All rights reserved.

 Gmail                                          Dmitry Lapin <dmitry@emilyesquire.com>

## We've received your copyright infringement report
2 messages

**Etsy Legal** <legal@etsy.com>                                     Fri, Apr 29, 2022 at 10:18 AM
Reply-To: Etsy Legal <legal@etsy.com>
To: dmitry@emilyesquire.com

# Etsy

## Dear Dmitry Lapin,

Thanks for submitting a report of alleged copyright infringement. We'll review your report and act in accordance with our Intellectual Property Policy.

Thank you,
Etsy Legal

Below is a copy of the report for your records.

# Infringement Report

*Filed on April 29, 2022*

### Airborne Bass Print copyright

| | |
|---|---|
| Copyright registration number: | VA 1-957-011 |
| Copyright jurisdiction: | United States |
| Authorized examples of the work: | fineartamerica.com/featured/airborne-bass-jon-q-wright.html |

### Infringing material reported
993544487

1162278113
1025382979
1174296263

## Legends Series Artwork: Crappie copyright

| | |
|---|---|
| **Copyright registration number:** | VA 1-153-915 |
| **Copyright jurisdiction:** | United States |
| **Authorized examples of the work:** | Work is not available online. "Legends Series Artwork: Crappie" depicts a crappie, including a detailed painting of the crappie fish scales, gills, etc. The copyright registration deposit materials are available by contacting dmitry@emilyesquire.com. |

## Infringing material reported

1174503670
1218701743

## Legends Series Artwork: Bass copyright

| | |
|---|---|
| **Copyright registration number:** | VA-1-153-915 |
| **Copyright jurisdiction:** | United States |
| **Authorized examples of the work:** | Work is not available online. "Legends Series Artwork: Bass" depicts a bass jumping from the water, including a detailed design of water. The copyright registration deposit materials are available by contacting dmitry@emilyesquire.com. |

## Infringing material reported

1209350180
1103545318
987295340
1172608985
1221694227
1012472190
1123261377

843363002
986771370

---

**By submitting this notice, you agreed to the following statements and provided your signature:**

I have a good faith belief that the material is not authorized by the intellectual property owner, its agent, or the law.

The information provided in the notice is accurate, and I swear under penalty of perjury that I am authorized to make the complaint on behalf of the intellectual property owner.

**Etsy may provide a copy of this notice to the affected member(s).**

# Contact Info

| | |
|---|---|
| **Name:** | Dmitry Lapin |
| **Company:** | Danchuk Law LLC |
| **Job title:** | Attorney |
| **Country:** | United States |
| **Address:** | 2 Victoria Lane |
| **City:** | Falmouth |
| **State:** | Maine |
| **Postal code:** | 04105 |
| **Email:** | dmitry@emilyesquire.com |
| **Phone number:** | 2074640099 |

This is a confidential matter, and Etsy requests that you not discuss this issue in the Etsy Forums or otherwise violate the confidential nature of this email. This communication is not legal advice or legal representation. For legal help, please consult an attorney.

If you live in North America or South America, this email is sent by Etsy, Inc., 117 Adams Street, Brooklyn, NY 11201, USA; if you live elsewhere, this email is sent by Etsy Ireland UC, a subsidiary of Etsy, Inc., 66/67 Great Strand Street, Dublin 1, D01 RW84, Ireland having company registration number 495696 and VAT registration number IE9777587C. You are receiving this email because you registered on Etsy.com with this email address.

Copyright © 2022 Etsy, Inc, an affiliate of Etsy Ireland UC. All rights reserved.

---

**Etsy Legal** <legal@etsy.com>　　　　　　　　　　　　　　Fri, Apr 29, 2022 at 10:25 AM
Reply-To: Etsy Legal <legal@etsy.com>
To: dmitry@emilyesquire.com

# Etsy

## Dear Dmitry Lapin,

Thanks for submitting a report of alleged copyright infringement. We'll review your report and act in accordance with our Intellectual Property Policy.

Thank you,
Etsy Legal

Below is a copy of the report for your records.

## Infringement Report

*Filed on April 29, 2022*

### Legends Series Artwork: Bass copyright

| | |
|---|---|
| Copyright registration number: | VA 1-153-915 |
| Copyright jurisdiction: | United States |

| | |
|---|---|
| **Authorized examples of the work:** | Work is not available online. "Legends Series Artwork: Bass" depicts a bass jumping from the water, including a detailed design of water. The copyright registration deposit materials are available by contacting dmitry@emilyesquire.com. |

## Infringing material reported

1000735341

[Quoted text hidden]


[Quoted text hidden]

Etsy Reporting Portal   Intellectual Properties   Reports   IP Owners      Your Profile ▼

← Back to all reports

# Report: June 16 - Airborne Bass & Action Bass

**Status:** Reviewed
**Date submitted:** 06/16/22
**Intellectual property owner:** Jon Q. Wright
**Intellectual properties:** Action Series: Bass Spinner, Airborne Bass
**Reported listings:** 6
**Listings removed from Etsy:** 6
**Listings withdrawn from report:** 0
**Listings successfully countered:** 0

( ☁ Download listings )

**Removed (6)**    Not removed (0)    Withdrawn (0)



**Large Mouth Bass Design (3 sizes) Sublimation Waterslide DIGITAL file for 15 20 and 30 oz Tumblers**
By GlobalDigitalDesigns    $4.67
Status: Removed from Etsy



**Camo & Bass Color Tumbler**
By KITCreationsUS    $20.00
Status: Removed from Etsy



**Fishing Boat Sublimation Design PNG Digital Download, 20 oz Skinny Tumbler Fishing Knowledge**
By QuiltingWithMaryAnn    $5.22
Status: Removed from Etsy



**Fishing Digital File 20z skinny tumbler Sublimation | Digital Download | PNG**
By SUBMAMACreations    $2.64
Status: Removed from Etsy



**Bass Tumbler Cup with Lid, To Go Cup with Straw, Fathers Day Gift From Daughter, Travel Water Bottle, Outdoorsy Gift from Son, Travel Mug**
By WildOutdoorCreation    $31.98
Status: Removed from Etsy



**Fishing Digital File 20z skinny tumbler Sublimation | Digital Download | PNG**
By SUBMAMACreations    $2.64
Status: Removed from Etsy



Etsy Reporting Portal    Intellectual Properties    Reports    IP Owners    Your Profile ▾

← Back to all reports

# Report: Jun 16th 2022, 9:19:24 am

Status: Reviewed

Date submitted: 06/16/22

Intellectual property owner: Jon Q. Wright

Intellectual properties: Legends Series Artwork: Bass

Reported listings: 2

Listings removed from Etsy: 2

Listings withdrawn from report: 0

Listings successfully countered: 0

☁ Download listings

| Removed (2) | Not removed (0) | Withdrawn (0) |
| --- | --- | --- |



Fish American Flag Png, Fishing Heart, Fishing
Sublimation Designs Downloads, Father's Day, Digital
Download, Sublimation
By BadsuDesignStudio
Status: Removed from Etsy

$3.70

I jerk every chance I get, Fishing, Png File,
Sublimation Print
By ChloeylDesigns
Status: Removed from Etsy

$3.00

Etsy Reporting Portal    Intellectual Properties    Reports    IP Owners

Your Profile ▼

← **Back to all reports**

# Report: Jun 20th 2022, 2:02:00 pm

Status: Reviewed
Date submitted: 06/21/22
Intellectual property owner: Jon Q. Wright
Intellectual properties: Legends Series Artwork: Bass
Reported listings: 5
Listings removed from Etsy: 5
Listings withdrawn from report: 0
Listings successfully countered: 0

( ☁ Download listings )

| Removed (5) | Not removed (0) | Withdrawn (0) |
| --- | --- | --- |



**Dad Coffee Mugs | Reel Cool Dad | Father's Day | Gift**
By SouthernBlissStudios          $8.00
Status: Removed from Etsy



**12oz stainless steel standard can cooler - Fishing**
By BangenCreations          $23.00
Status: Removed from Etsy



**Sunset Bass 20oz Sublimation Skinny Tumbler, Metal Straw**
By TwistedDesignByChey          $70.00
Status: Removed from Etsy



**20 oz Skinny Tumbler Sublimation Design | Design For Guys | Men's Tumbler Design | Father's Day Gift | Tumbler Wrap**
By BSDesignsOnline          $3.00
Status: Removed from Etsy



**Fish tumbler**
By BouncingBeanCreation          $22.00
Status: Removed from Etsy

Captured by FireShot Pro: 29 June 2022, 10:47:00

Etsy Reporting Portal    Intellectual Properties    Reports    IP Owners

Your Profile ▼

← Back to all reports

# Report: Jun 21st 2022, 4:13:49 pm

Status: Reviewed

Date submitted: 06/21/22

Intellectual property owner: Jon Q. Wright

Intellectual properties: Airborne Bass

Reported listings: 2

Listings removed from Etsy: 2

Listings withdrawn from report: 0

Listings successfully countered: 0

⬇ Download listings

Removed (2)        Not removed (0)        Withdrawn (0)



**Fishing Tumbler Design | Sublimation | Gifts for him | Fish**
By BOshopCreations                                                    $3.00
Status: Removed from Etsy

**Bass Fishing * 20oz Stainless Steel Tumbler * Fisherman * Fast Shipping**
By 3People4ApparelGifts                                              $22.99
Status: Removed from Etsy

Etsy Reporting Portal    Intellectual Properties    Reports    IP Owners

Your Profile ▾

← Back to all reports

# Report: Jun 22nd 2022, 1:03:26 pm

Status: Reviewed

Date submitted: 06/22/22

Intellectual property owner: Jon Q. Wright

Intellectual properties: Legends Series Artwork: Bass, JQ Fish Art: Walleye

Green Lure

Reported listings: 1

Listings removed from Etsy: 0

Listings withdrawn from report: 0

Listings successfully countered: 1

[ ☁ Download listings ]

Removed (0)            Not removed (1)            Withdrawn (0)



20oz Skinny Tumbler, Tumbler Sublimation, Tumbler
PNG, Sublimation Designs, Bite Me Fishing, Fishing
Tumbler Wrap, Digital Download

By LLonIPrice                                    $5.21
Status: Countered by seller

Etsy Reporting Portal   Intellectual Properties   Reports   IP Owners

Your Profile ▾

← Back to all reports

# Report: Jun 22nd 2022, 1:05:09 pm

Status: Reviewed

Date submitted: 06/22/22

Intellectual property owner: Jon Q. Wright

Intellectual properties: Legends Series Artwork: Bass, JQ Fish Art: Walleye

Green Lure

Reported listings: 1

Listings removed from Etsy: 0

Listings withdrawn from report: 0

Listings successfully countered: 1

☁ Download listings

Removed (0)          Not removed (1)          Withdrawn (0)



20oz Skinny Tumbler, Tumbler Sublimation, Tumbler
PNG, Sublimation Designs, Bite Me Fishing, Fishing
Tumbler Wrap, Digital Download

$6.32

By DABUdesign

Status: Countered by seller

Etsy Reporting Portal    Intellectual Properties    Reports    IP Owners

Your Profile ▾

← Back to all reports

# Report: Jun 22nd 2022, 12:50:38 pm

Status: Reviewed

Date submitted: 06/22/22

Intellectual property owner: Jon Q. Wright

Intellectual properties: Action Series Bass Spinner

Reported listings: 4

Listings removed from Etsy: 0

Listings withdrawn from report: 0

Listings successfully countered: 4

☁ Download listings

Removed (0)        Not removed (4)        Withdrawn (0)



By: ParleuaPFastCrafts
Status: Countered by seller

20oz Skinny Tumbler, Tumbler Sublimation, Tumbler PNG, Tumbler Wrap, Tumbler Template, Largemouth Bass, Fishing Tumbler, Digital Download

$5.15



By: CaliberApparel
Status: Countered by seller

Fishing Tumbler, Gifts for Dad, Fishing Gift, Fishing Lover, Fathers Day Gift, Gifts for Him, Skinny Tumbler, Double Wall Tumbler

$14.35



By: J_AcesPrice
Status: Countered by seller

20oz Skinny Tumbler, Tumbler Sublimation, Tumbler PNG, Tumbler Template, Largemouth Bass, Fishing Tumbler Wrap, Digital Download

$5.21



By: J4BubbsCgn
Status: Countered by seller

20oz Skinny Tumbler, Tumbler Sublimation, Tumbler PNG, Tumbler Wrap, Largemouth Bass, Fishing Tumbler Wrap, Digital Download

$4.82

Etsy Reporting Portal    Intellectual Properties    Reports    IP Owners

Your Profile ⌄

← Back to all reports

# Report: Jun 24th 2022, 9:40:24 am

Status: Reviewed

Date submitted: 06/24/22

Intellectual property owner: Jon Q. Wright

Intellectual properties: Action Series: Bass Spinner, WALLEYE SPINNER RIG,

Legends Series Artwork: Bass, Airborne Bass, Crappie Dock painting

Reported listings: 5

Listings removed from Etsy: 5

Listings withdrawn from report: 0

Listings successfully countered: 0

⬇ Download listings

**Removed (5)**      Not removed (0)      Withdrawn (0)



**Fishing Tumbler 20 oz Skinny Sublimation, Seamless, Fishing Tumbler PNG Digital Download**

By SweetandSourGoodies              $7.99
Status: Removed from Etsy



**Personalized Fishing Dad 20ozSkinny Tumbler Wrap Seamless Fishing Life Tumbler ,Father's Day, Straight/Warped PNG Instant Download**

By SweetandSourGoodies              $7.99
Status: Removed from Etsy



**Fishing Tumbler 20 oz Skinny Sublimation, Seamless, Fishing Tumbler PNG Digital Download**

By SweetandSourGoodies              $7.99
Status: Removed from Etsy



**Fishing Tumbler 20 oz Skinny Sublimation, Seamless, Fishing Tumbler PNG Digital Download**

By SweetandSourGoodies              $7.99
Status: Removed from Etsy



**Fishing Tumbler 20 oz Skinny Sublimation, Seamless, Fishing Tumbler PNG Digital Download**

By SweetandSourGoodies              $7.99
Status: Removed from Etsy

Etsy Reporting Portal   Intellectual Properties   Reports   IP Owners

Your Profile ▾

← Back to all reports

# Report: Jun 24th 2022, 9:53:44 am

**Status:** Reviewed

**Date submitted:** 06/24/22

**Intellectual property owner:** Jon Q. Wright

**Intellectual properties:** Action Series: Bass Spinner, Action Fish Paintings
Collage

**Reported listings:** 3

**Listings removed from Etsy:** 0

**Listings withdrawn from report:** 0

**Listings successfully countered:** 3

( ⬇ Download listings )

Removed (0)     | Not removed (3) |     Withdrawn (0)






**Fishing Tumbler 20 oz Skinny Sublimation, Seamless, Fishing Tumbler PNG Digital Download**
By SweetandSourGoodies
Status: Countered by seller
$7.99

**Fishing Tumbler 20 oz Skinny Sublimation, Seamless, Fishing Tumbler PNG Digital Download**
By SweetandSourGoodies
Status: Countered by seller
$7.99

**Fishing Tumbler 20 oz Skinny Sublimation, Seamless, Fishing Tumbler PNG Digital Download**
By SweetandSourGoodies
Status: Countered by seller
$7.99

Etsy Reporting Portal    Intellectual Properties    Reports    IP Owners

Your Profile ⌄

← Back to all reports

# Report: Jun 24th 2022, 9:47:47 am

Status: Reviewed
Date submitted: 06/24/22
Intellectual property owner: Jon Q. Wright
Intellectual properties: 2000 unpublished apparel series: steelhead reel
rocks, Northern & bucktail, Fish Paintings Puzzle Collage, 2000 unpublished
apparel series: Side Fish Collage, Salmon Stream Print
Reported listings: 5
Listings removed from Etsy: 0
Listings withdrawn from report: 0
Listings successfully countered: 5

( ⬆ Download listings )

Removed (0)        Not removed (5)        Withdrawn (0)

 **Fishing Tumbler 20 oz Skinny Sublimation, Seamless,
Fishing Tumbler PNG Digital Download**
By SweetandSourGoodies                                    $7.99
Status: Countered by seller

 **Fishing Tumbler 20 oz Skinny Sublimation, Seamless,
Fishing Tumbler PNG Digital Download**
By SweetandSourGoodies                                    $7.99
Status: Countered by seller

 **Fishing Tumbler 20 oz Skinny Sublimation, Seamless,
Fishing Tumbler PNG Digital Download**
By SweetandSourGoodies                                    $7.99
Status: Countered by seller

 **Fishing Tumbler 20 oz Skinny Sublimation, Seamless,
Fishing Tumbler PNG Digital Download**
By SweetandSourGoodies                                    $7.99
Status: Countered by seller

 **Fishing Tumbler 20 oz Skinny Sublimation, Seamless,
Fishing Tumbler PNG Digital Download**
By SweetandSourGoodies                                    $7.99
Status: Countered by seller

Captured by FireShot Pro: 29 June 2022, 10:47:05

Etsy Reporting Portal    Intellectual Properties    Reports    IP Owners

Your Profile ▾

← Back to all reports

# Report: Jun 24th 2022, 9:50:00 am

Status: Reviewed

Date submitted: 06/24/22

Intellectual property owner: Jon Q. Wright

Intellectual properties: Crappie and Leaves, Smallmouth Bass and Topwater
Bait, Crappie and Root, Airborne Bass, Bass Spinner and Log

Reported listings: 5

Listings removed from Etsy: 0

Listings withdrawn from report: 0

Listings successfully countered: 5

( ☁ Download listings )

| Removed (0) | Not removed (5) | Withdrawn (0) |



**Fishing Tumbler 20 oz Skinny Sublimation, Seamless,
Fishing Tumbler PNG Digital Download**

By SweetandSourGoodies                                   $7.99
Status: Countered by seller



**Fishing Tumbler 20 oz Skinny Sublimation, Seamless,
Fishing Tumbler PNG Digital Download**

By SweetandSourGoodies                                   $7.99
Status: Countered by seller



**Fishing Tumbler 20 oz Skinny Sublimation, Seamless,
Fishing Tumbler PNG Digital Download**

By SweetandSourGoodies                                   $7.99
Status: Countered by seller



**Fishing Tumbler 20 oz Skinny Sublimation, Seamless,
Fishing Tumbler PNG Digital Download**

By SweetandSourGoodies                                   $7.99
Status: Countered by seller



**Fishing Tumbler 20 oz Skinny Sublimation, Seamless,
Fishing Tumbler PNG Digital Download**

By SweetandSourGoodies                                   $7.99
Status: Countered by seller

← Back to all reports

# Report: Jun 29th 2022, 9:02:56 am

Status: Submitted

Date submitted: 06/29/22

Intellectual property owner: Jon Q. Wright

Intellectual properties: Legends Series Artwork: Bass

Reported listings: 6

⬇ Download listings



Fish Mug, Fathers Day Gift, Personalized Fisherman
Gift, Funny Fishing Mugs, Fish Mug, Bass Fish Coffee
Mug, Bass Fishing

By TheAughWhichever                                      $16.95



My weekend hooker fishing png for 20 oz tumblers

By MarinePPU                                             $2.00



Fishing Don't Be Jealous Catch Fish Like me File Png
For Mug, Funny Bass Mug Design, Fishing Lover Dad
Mug Design

By ElGabehth09                                          $2.99



Fishing American Flag 20oz Skinny Tumbler Wrap for
Straight/Tapered Tumbler PNG Designs Digital
Download Sublimation png file

By IAORANGDESIGNFR                                      $3.07



Fishing Rules Tumbler

By WildGypsiDesi                                        $22.00



Custom Name on Bass Fishing on Lake print 20oz
Straight Skinny Tumbler

By RWABxyducton                                         $17.55

Captured by FireShot Pro: 29 June 2022, 10:47:07

Etsy Reporting Portal   Intellectual Properties   Reports   IP Owners

Your Profile ▾

← Back to all reports

# Report: Jun 29th 2022, 9:20:14 am

☁ Download listings

Reported listings: 3
Intellectual properties: Airborne Bass
Intellectual property owner: Jon Q. Wright
Date submitted: 06/29/22
**Status:** Submitted



20 oz Skinny Tumbler Fishing Knowledge Fishing
Boat Sublimation Design PNG Digital Download
By FunkyFarm

$5.19



20 oz Skinny Tumbler Fishing Knowledge Fishing
Boat Sublimation Design PNG Digital Download
By Boxed4U

$5.10



20 oz Skinny Tumbler Fishing Knowledge Fishing
Boat Sublimation Design PNG Digital Download
By HighHopesHooray

$2.99



Etsy Reporting Portal    Intellectual Properties    Reports    IP Owners

Your Profile ▾

← Back to all reports

# Report: Jun 29th 2022, 9:25:44 am

**Status:** Submitted

**Date submitted:** 06/29/22

**Intellectual property owner:** Jon Q. Wright

**Intellectual properties:** Legends Series Artwork: Bass

**Reported listings:** 1

☁ Download listings



American Flag Bass Fishing Tumbler, men tumblers,
Father's Day gift

By DriftingDogwoodDsgns

$25.00

← Back to all reports

# Report: Jun 29th 2022, 9:30:10 am

Status: Submitted

Date submitted: 06/29/22

Intellectual property owner: Jon Q. Wright

Intellectual properties: Fish Paintings Puzzle Collage

Reported listings: 4

⬢ Download listings



I'd Rather Have A Bad Day Fishing 20oz Skinny Tumbler Sublimation,American Flag Tumbler PNG,Father's Day,Bass Fishing PNG Straight & Tapered

By RiskieStreet

$4.98



Fishing Rules 20oz Skinny Tumbler Sublimation, Bass Fishing Tumbler Wrap,Fishing Knowledge PNG Straight and Tapered Files

By RiskieStreet

$4.98



I'd Rather Have A Bad Days Fishing 20oz Skinny Tumbler PNG - Fishing Tumbler PNG Wrap Sublimation - Straight and Tapered Tumbler PNG

By IshionStore

$4.99



Born To Fish Forced To Work 20oz Skinny Tumbler Sublimation,American Flag Tumbler Wrap,Father's Day,Bass Fishing PNG Straight & Tapered

By RiskieStreet

$4.98

Etsy Reporting Portal    Intellectual Properties    Reports    IP Owners

Your Profile ▾

← Back to all reports

## Report: Jun 29th 2022, 9:37:55 am

Status: Submitted

Date submitted: 06/29/22

Intellectual property owner: Jon Q. Wright

Intellectual properties: Airborne Bass

Reported listings: 1

⬇ Download listings



Born To Fish Forced To Work 20oz Skinny Tumbler
Sublimation,American Flag Tumbler Wrap,Father's
Day,Bass Fishing PNG Straight & Tapered

By: RikkiStreet

$4.98

Etsy Reporting Portal    Intellectual Properties    Reports    IP Owners

Your Profile ▾

← Back to all reports

# Report: Jun 29th 2022, 9:45:41 am

Status: Submitted

Date submitted: 06/29/22

Intellectual property owner: Jon Q. Wright

Intellectual properties: Bass and Bluegill

Reported listings: 1

⬇ Download listings




Fishing Rules 20oz Skinny Tumbler Sublimation, Bass
Fishing Tumbler Wrap,Fishing Knowledge PNG
Straight and Tapered Files

By RikkiStreet

$4.98

Etsy Reporting Portal   Intellectual Properties   Reports   IP Owners

Your Profile ▾

← Back to all reports

## Report: Jun 29th 2022, 9:56:09 am

Status: Submitted
Date submitted: 06/29/22
Intellectual property owner: Jon Q. Wright
Intellectual properties: JQ Fish Art: 2 Bass Grouping
Reported listings: 5

⬇ Download listings



By Bouldestone

Wood Grain Fishing Rules Fishing Tumbler | 20oz
Stainless Steel Tumbler | Sublimation Tumbler

$37.00



By RabbStreet

Born To Fish Forced To Work 20oz Skinny Tumbler
Sublimation,Camo American Flag Tumbler
Wrap,Father's Day,Camoflauge PNG Straight &
Tapered

$4.99



By RabbStreet

Fishing Rules 20oz Skinny Tumbler Sublimation, Bass
Fishing Tumbler Wrap,Fishing Knowledge PNG
Straight and Tapered Files

$4.99



By RabbStreet

I'd Rather Have A Bad Day Fishing 20oz Skinny
Tumbler Sublimation,American Flag Tumbler
PNG,Father's Day,Bass Fishing PNG Straight &
Tapered

$4.99



By WildOlypiosz

Bass Fish & American Flag Tumbler

$22.50

Etsy Reporting Portal   Intellectual Properties   Reports   IP Owners

Your Profile ▾

← Back to all reports

# Report: Jun 29th 2022, 9:57:27 am

**Status:** Submitted

**Date submitted:** 06/29/22

**Intellectual property owner:** Jon Q. Wright

**Intellectual properties:** Action Series: Bass Spinner

**Reported listings:** 1

⬇ Download listings




Fishing Rules 20oz Skinny Tumbler Sublimation, Bass
Fishing Tumbler Wrap,Fishing Knowledge PNG
Straight and Tapered Files

By RbkirStreet

$4.98

 Gmail

Dmitry Lapin <dmitry@emilyesquire.com>

## We've received your copyright infringement report

1 message

**Etsy Legal** <legal@etsy.com>
Reply-To: Etsy Legal <legal@etsy.com>
To: dmitry@emilyesquire.com

Wed, Apr 27, 2022 at 2:15 PM

# Etsy

## Dear Dmitry Lapin,

Thanks for submitting a report of alleged copyright infringement. We'll review your report and act in accordance with our Intellectual Property Policy.

Thank you,
Etsy Legal

Below is a copy of the report for your records.

# Infringement Report

*Filed on April 27, 2022*

### Legends Series: Bass copyright

| | |
|---|---|
| **Copyright registration number:** | VA-1-153-915 |
| **Copyright jurisdiction:** | United States |
| **Authorized examples of the work:** | Work is not available online. "Legends Series Artwork: Bass" depicts a bass jumping from the water, including a detailed design of water. The |

copyright registration deposit materials are available by contacting
dmitry@emilyesquire.com.

## Infringing material reported
1033034521
816948874
1206546612
1160066560
992819743
1147416432
1120480903
1219190873
1193925417
1179923260
1064524227
1028308261
1196943977
715775274
1114348271
962002739
730093137
1156960538
1170228683
911370231
1131623985
1199904204
1113006324
1051124627
1171512256
1207429337
1058720353
1108136994
1161775466
848137755
1168904692
1124355795
1026547806
1053165723
1031854777
785139936

1162265405
1175560757
1087506745
1115029585
1167943135
841883405
1180838521
1116235834
1110533361
1011617393
1097338287
1051529167

**By submitting this notice, you agreed to the following statements and provided your signature:**

I have a good faith belief that the material is not authorized by the intellectual property owner, its agent, or the law.

The information provided in the notice is accurate, and I swear under penalty of perjury that I am authorized to make the complaint on behalf of the intellectual property owner.

**Etsy may provide a copy of this notice to the affected member(s).**

# Contact Info

| | |
|---|---|
| **Name:** | Dmitry Lapin |
| **Company:** | Danchuk Law LLC |
| **Job title:** | Attorney |
| **Country:** | United States |
| **Address:** | 2 Victoria Lane |
| **City:** | Falmouth |
| **State:** | Maine |
| **Postal code:** | 04105 |

**Email:**         dmitry@emilyesquire.com

**Phone number:**    2074640099

This is a confidential matter, and Etsy requests that you not discuss this issue in the Etsy Forums or otherwise violate the confidential nature of this email. This communication is not legal advice or legal representation. For legal help, please consult an attorney.

If you live in North America or South America, this email is sent by Etsy, Inc., 117 Adams Street, Brooklyn, NY 11201, USA; if you live elsewhere, this email is sent by Etsy Ireland UC, a subsidiary of Etsy, Inc., 66/67 Great Strand Street, Dublin 1, D01 RW84, Ireland having company registration number 495696 and VAT registration number IE9777587C. You are receiving this email because you registered on Etsy.com with this email address.

Copyright © 2022 Etsy, Inc, an affiliate of Etsy Ireland UC. All rights reserved.

EXHIBIT B

| Seller Name/Shop Name | Listing ID |
|---|---|
| 1stchoicedesignpros | 1123261377 |
| 3PeopleApparelGifts | 1123971204 |
| | 1016446940 |
| AandJImaginations | 1016446940 |
| Abboutique20 | 1147416432 |
| AllDesignDigital | 1137199334 |
| ARX2 | 957453114 |
| AshlinArtsandThings | 1033034521 |
| AshtasticDesigns | 1013373952 |
| AshTreeNovelty | 1193925417 |
| BabysBureau | 1184261520 |
| BadauDesignStudio | 957207181 |
| BangenCreations | 1195620289 |
| BCshopCreations | 1235771758 |
| BnLGifts | 1120480903 |
| BoujeeStone | 1173545348 |
| BouncingBeanCreation | 1121821670 |
| | 1170589200 |
| Boxed4U | 1170509328 |
| Brittanytaalor | 1171229828 |
| BSDesignsOnline | 1023476487 |
| CaliberApparel | 1086332372 |
| Cilemrasha | 1162650610 |
| CnlovelyDesigns | 1174223755 |
| | 1087506745 |
| | 1215416790 |
| COUSTEAUDESIGNE | 1070000254 |
| CraftinessBliss | 1026547806 |
| CraftsAtOliveBranch | 1168506753 |
| CraftyGabbyBoutique | 1051529167 |
| CreationByTanya | 1011617393 |
| CrossCustomDesigns | 993544487 |
| | 1228809334 |
| DABUDesign | 1242726109 |
| DeeDeeCreativeDesign | 1206546612 |
| DesignsbyEightyEight | 1179923260 |
| DigitalBundlesLT | 1218701743 |
| DitzyDisasterDecor | 1113006324 |
| DriftingDogwoodDsgns | 1230010539 |
| DyaniDesignsByDyani | 1162278113 |
| Eleven21ind | 1027315911 |
| Elizabeth169 | 1197640409 |
| ElizabethKateCo | 816948874 |
| EmilyyWhetsell | 1156960538 |
| EmperorPutin | 1197474921 |

| | |
|---|---|
| PersonalCreationss | 1172608985 |
| popsyckle | 1178875874 |
| ProductiveInsomnia | 1053165723 |
| PSSTINC | 1219190873 |
| PurpleSkyGift | 1174503670 |
| QuaranCrafters | 1131623985 |
| | 1198788007 |
| QuiltingWithMaryAnn | 1171808816 |
| | 1213364677 |
| | 1217318457 |
| | 1203373162 |
| | 1203371672 |
| | 1199416396 |
| | 1203368388 |
| | 1213364325 |
| RiskirStreet | 1217318085 |
| RusticCreekFarmLLC | 1108136994 |
| RusticHeartWV | 1207429337 |
| SeaPupDesigns | 1114348271 |
| SheShedCottage | 987295340 |
| ShimmerMeGlimmer | 1171512256 |
| SouthernBlissStudios | 618597599 |
| SouthernlySweetShop | 1116235834 |
| SouthernMerleMama | 1058720353 |
| SouthernWHOODesigns | 962002739 |
| | 1235721938 |
| StoneOakCreatives | 1235721902 |
| StonePickleandPotato | 992819743 |
| strangegifts | 1167943135 |
| SUBMAMACreations | 1210744862 |
| SubStudios | 1209350180 |
| TheGiftSpotTumble | 1206084613 |
| TheLeopardLab | 1221694227 |
| TheMugWhisperer | 1100545939 |
| Tiffanysgrace | 1025382979 |
| TinaSouthernGlitz | 715775274 |
| TipsyTumblersEtc | 841883405 |
| TooSassafrassy | 730093137 |
| TwistedDesignByChey | 1238034110 |
| WanderwithDawn | 1170228683 |
| | 1248441029 |
| WildGypzies | 1235020018 |
| WildOutdoorCreation | 1238527161 |
| Ysaezco | 1180838521 |